IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DANA R., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 23-cv-3147 |
| ) | |
| MARTIN O'MALLEY, Commissioner ) | |
| of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff Dana R.'s Complaint (Doc. 1) seeks judicial review of Defendant Commissioner of Social Security's decision denying her application for Social Security benefits. Before the Court is Plaintiff's Brief (Doc. 9), Commissioner's Brief (Doc. 15), Plaintiff's Reply (Doc. 15), and Magistrate Judge Karen McNaught's October 29, 2024 Report and Recommendation (Doc. 18). Judge McNaught recommends that the Commissioner's decision to deny Plaintiff's benefits be affirmed and Plaintiff's request for remand be denied. More than fourteen days have elapsed since the Report and Recommendation was filed and no objections have been made. Fed. R. Civ. 72(b)(2); 28 U.S.C. § 636(b)(1). Therefore, any objections the to the Report and Recommendation have been waived and the Court will review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martin O'Malley is substituted for his predecessor.

Plaintiff claims that the Administrative Law Judge ("ALJ") improperly evaluated the evidence of the treating physician's opinion and the ALJ's residual functional capacity determination was not supported by substantial evidence. The Court finds no clear error and concurs with Magistrate Judge McNaught's thorough factual and legal discussion. Accordingly, the Court adopts the Report and Recommendation (Doc. 18). The Commissioner's Brief in support of the ALJ's decision (Doc. 15) is GRANTED. The Plaintiff's Brief in support of remand (Doc. 9) is DENIED.

IT IS THEREFORE ORDERED that the decision denying benefits to Plaintiff Dana R. is AFFIRMED. The Clerk of the Court is directed to enter judgment in favor of the Defendant Commissioner and against Plaintiff. This case is terminated.

ENTER: November 18, 2024

                                                  __/s/ Colleen R. Lawless__
                                                         COLLEEN R. LAWLESS
                                           UNITED STATES DISTRICT JUDGE